IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHEETAL USA ENTERPRISES, INC.**                                                  **PLAINTIFF**

**v.**                       **CASE NO. 4:22CV00029 – JM**

**WR HESS COMPANY**                        **DEFENDANT**

## ORDER

The parties' unopposed motion for dismissal with prejudice is GRANTED. (Docket # 11). This case is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 13th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE